IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01183-WYD-MJW

MATTHEW HOLLAND,

      Plaintiff,

v.

ASCENSION SERVICES, L.P., a Nevada limited partnership, d/b/a ASCENSION SERVICES; and
ASCENSION MANAGEMENT, L.L.C., a Nevada limited liability company, d/b/a ASCENSION SERVICES,

      Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal with Prejudice (filed July 14, 2006).  The Stipulation seeks a dismissal of the case with prejudice pursuant to a settlement that resolves all disputes between the parties. Having carefully reviewed the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney's fees and costs.

      Dated:  July 18, 2006

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge